UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LUZ AYALA CRUZ, | : | Civil Action 10-4409(SDW) |
| Plaintiff, | : | |
| -vs- | : | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

Upon reading the affidavit of Plaintiff requesting that she be permitted to proceed *in forma pauperis*:

IT IS on this 5th day of October, 2010;

ORDERED that Plaintiff be permitted to proceed without prepayment of fees or costs or security therefor, in accordance with Section 1915 (a), Title 28, United States Code and it is further

ORDERED that the Clerk shall file the Complaint without prepayment of the filing fee.

SUSAN D. WIGENTON, U.S.D.J.

DNJ-Civ-010